IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
SEP 20 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 5:07CR00047 |
| v. | **ORDER** |
| WILLIAM EDWARD JANNISCH, | By: Hon. Glen E. Conrad<br>Chief United States District Judge |

On motion of the United States, and for good cause shown, it is now

ORDERED

that the warrant now pending against the defendant in this case for violations of supervised release, shall be, and it hereby is, DISMISSED.

It is further

ORDERED

that the supervised release violation report prepared on February 17, 2010, shall be RETAINED by this Court until further order.

ENTERED: This 20th day of September, 2012.

_/s/ Glen Conrad_
Chief United States District Judge