IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM JANNISCH,<br><br>Defendant. | CR 05–62–M–DWM<br><br><br><br>ORDER |

In 2006, Defendant William Jannisch plead guilty to theft of government property in violation of 18 U.S.C. § 641 and mail fraud in violation of 18 U.S.C. § 1341. (*See* Min. Entry, Doc. 16.) He was sentenced to concurrent terms of 12 months and one day of custody and three years of supervised release. (Judg., Doc. 20.) Upon his release from custody, supervision was transferred to the Western District of Virginia. (Doc. 21.) On February 17, 2010, a Petition for Warrant or Summons for Offender Under Supervision was issued, alleging three violations of the terms of supervision: (1) possession of a device that allowed the defendant access to police scanners, (2) commission of a state law violation, and (3) failure to make restitution payments. (Doc. 23.) On September 20, 2012, Chief Judge Glen Conrad issued an order dismissing the outstanding warrant related to the 2010

1

Petition but retaining the Petition itself. (Doc. 24.) The defendant was recently released from his 15-year state custodial sentence and this matter transferred back to this Court. (Doc. 22.) Given the age of the petition and the intervening period of incarceration,

IT IS ORDERED that the pending Petition (Doc. 23) will be DISMISSED on November 28, 2022 unless, prior to that date, the government objects and states specifically how it intends to proceed on the violations.

DATED this 18th day of November, 2022.

Donald W. Molloy, District Judge
United States District Court